```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE WESTERN DISTRICT OF PENNSYLVANIA
```

JAY PALMER, et al.,              )
                                 )
        Plaintiff,                )
                                 )
             v.                  )   Civil Action No. 05-1039
                                 )   Judge Conti
CASUAL LIVING WORLDWIDE, *et*    )   Magistrate Judge Caiazza
*al.*,                           )
                                 )
        Defendants.              )

### ORDER

IT IS HEREBY ORDERED that a Case Management Conference for the above-entitled action is now scheduled for **August 31, 2005, at 9:00 a.m.**

IT IS FURTHER ORDERED that counsel shall be prepared to address all items enumerated in Local Rule 16.1.2.

August 8, 2005                          _____
                                        Francis X. Caiazza
                                        U.S. Magistrate Judge

cc:
J. Stevenson Seuss, Esq.
318 West Cunningham Street
Butler, PA 16001

Mark F. McKenna, Esq.
McKenna & Chiodo
436 Boulevard of the Allies
Suite 500
Pittsburgh, PA 15219-1314